1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TOR AHMADD BISHOP,                      No.  2:20-cv-2032-EFB P

12              Plaintiff,

13        v.                                  ORDER

14    G. DODSON, et al.,

15              Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He requests that the court assist him and/or appoint counsel.  The court cannot

19    assist plaintiff in the form of legal advice.  The court will remind plaintiff, however, that he must

20    filed a second amended complaint as originally ordered on February 4, 2021, ECF No. 22, and

21    extended on March 4, 2021, ECF No. 26.

22          District courts lack authority to require counsel to represent indigent prisoners in section

23    1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional

24    circumstances, the court may request an attorney to voluntarily to represent such a plaintiff.  *See*

25    28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

26    *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional

27    circumstances" exist, the court must consider the likelihood of success on the merits as well as the

28    ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court finds there are no exceptional circumstances in this case.

Accordingly, IT IS ORDERED that plaintiff's request for court assistance/appointment of counsel (ECF No. 27) is DENIED.

DATED:  March 30, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE